[Nos. 12707-9-III; 12740-1-III;    Division Three.    December 14, 1994.]
    12875-0-III.

TIGER OIL CORPORATION, *Appellant*, v. TIGER OIL COMPANY, ET AL, *Respondents.*

WILLIAM R. COTTER, *Appellant*, v. HYDE, WETHERELL, BRAY & HAFF, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Yakima County, No. 90-2-01557-1, Michael E. Cooper, J., entered Sep-

8, August 3, and October 29, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.